IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORREY SELCK, | No. 2:21-CV-1499-JAM-DMC-P |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| COUNTY OF SACRAMENTO, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion, ECF No. 5, for leave to proceed in forma pauperis, which the Court found was defective, see ECF No. 6.  A review of the record reflects that, on November 12, 2021, Petitioner paid the filing fees for this action.  Petitioner's motion for leave to proceed in forma pauperis is, therefore, moot.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Based on the foregoing, the undersigned recommends that Petitioner's motion, ECF No. 5, be denied as moot.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court. Responses to objections shall be filed within 14 days after service of objections. Failure to file objections within the specified time may waive the right to appeal. See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: December 8, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE