IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORREY SELCK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>COUNTY OF SACRAMENTO,<br><br>　　　　　Respondent. | No. 2:21-CV-1499-JAM-DMC-P<br><br><br>ORDER |

　　　　Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

　　　　On December 8, 2021, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein.  No objections to the findings and recommendations have been filed.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 8, 2021, are adopted in full; and

2. Petitioner's motion for leave to proceed in forma pauperis, ECF No. 5, is denied as moot.

Dated:  February 11, 2022        /s/ John A. Mendez
        THE HONORABLE JOHN A. MENDEZ
        UNITED STATES DISTRICT COURT JUDGE