UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MORREY SELCK,<br><br>    Petitioner,<br><br>    v.<br><br>COUNTY OF SACRAMENTO,<br><br>    Respondent. | No. 2:21-cv-01499-DAD-DMC (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING RESPONDENT'S MOTION TO DISMISS HABEAS PETITION, WITH LEAVE TO AMEND<br><br>(Doc. Nos. 17, 25) |

    Petitioner Morrey Selck proceeds *pro se* with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On July 7, 2022, the assigned magistrate judge issued findings and recommendations recommending that respondent's motion to dismiss (Doc. No. 17) be granted, with leave to amend also granted, because petitioner's first amended petition fails to comply with Rule 2 of the Rules Governing Section 2254 Cases. (Doc. No. 25.) The magistrate judge also recommended that petitioner be directed to file a second amended petition. (*Id.* at 4.) Those findings and recommendations were served on all parties and contained notice that any objections thereto were

/////

/////

to be filed within fourteen (14) days from the date of service. (*Id*. at 4.) To date, no objections have been filed and the time in which to do so has now passed.[1] Although the pending findings and recommendations had not yet been addressed by the then-assigned district judge, petitioner filed a second amended petition on July 21, 2022. (Doc. No. 26.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis. Accordingly, respondent's motion to dismiss the first amended petition will be granted. The second amended petition that petitioner filed on July 21, 2022 (Doc. No. 26) is now the operative petition in this federal habeas action.

Accordingly,

1. The findings and recommendations issued on July 7, 2022 (Doc. No. 25) are adopted in full;

2. Respondent's motion to dismiss the first amended petition (Doc. No. 17) is granted;

3. Petitioner's second amended petition (Doc. No. 26) is now the operative petition in this federal habeas action; and

4. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **November 10, 2022**

                                        /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE

---

[1] This case was reassigned to the undersigned district judge on August 25, 2022. (Doc. No. 27.)